IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARQUIS BAKER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:23-cv-1085-JDW |
| | : | |
| **THE HOME DEPOT,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of April, 2023, upon consideration of Plaintiff Marquis Baker's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is Granted and the Complaint is deemed filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED** as follows:

1. Mr. Baker's claims under 42 U.S.C. 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. Mr. Baker's state law claims are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Mr. Baker's Motion To Appoint Counsel (ECF No. 5) is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that Defendants' Motion To Dismiss (ECF No. 6) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

/s/ Joshua D. Wolson
_____
**JOSHUA D. WOLSON, J.**